Ludwig KUNA

v.

LIFEMARK HOSPITALS OF TEXAS, INC. d/b/a Park Plaza Hospital.

Supreme Court of Texas.

July 6, 1988.

Joint motion of the parties filed herein on July 1, 1988 in this cause having been duly considered, it is ordered that the joint motion be, and hereby is granted.

Petitioner's application for writ of error having been previously granted on May 18, 1988, the judgments of the courts below are *vacated* and the cause is remanded to the trial court for entry of agreed judgment.